NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD G. NAGY,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D18-2225
                                         )
GORDON LOWNDS,                           )
                                         )
            Appellee.                    )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas, Judge.

Noel P. McDonnell and Bryen N. Hill of
MacFarlane Ferguson & McMullen, Tampa,
for Appellant.

Susan E. Johnson-Velez of the SJV Law
Firm, Tampa; and Anthony J. Fantauzzi of
the Fantauzzi Law Firm, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.